# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 5:19-CV-01970-ODW (SHKx) | Date | November 5, 2019 |
| Title | *Luis Licea v. BA&SH America Corp. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**                  **In Chambers**

     In light of Plaintiff's recent Notice of Settlement (ECF No. 8), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **December 4, 2019**, why settlement has not been finalized. **No hearing will be held.** All other dates and deadlines in this action are **VACATED** and taken off calendar, including the hearing on Plaintiff's Motion to Remand (ECF No. 7), which is **DENIED AS MOOT**. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

     **IT IS SO ORDERED.**

                                                :    00

                           Initials of Preparer    SE